# Apostille

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America

2. This public document has been signed by  JANET S. HENRY

3. acting in the capacity of  NOTARY PUBLIC

4. bears the seal/stamp of  JANET S. HENRY– NOTARY PUBLIC-STATE OF MISSOURI

**Certified**

5. at Jefferson City, Missouri

6. the  25TH  day of  APRIL , 2005 .

7. by Robin Carnahan, Secretary of State, State of Missouri

8. No.  127669

9. Seal/Stamp

10. Signature:

*Robin Carnahan*

Comm. 48 (01-2005)

All Rights Reserved

**ORIGINAL**

*publici juris*/Declaration in the nature of an Affidavit
Session: one supreme Court

## Act of State
## Declaration of Standing and Identity

I, **David Joseph Jackson**™® © by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation in Full Life and a Private, Sentient, Civilian, Absolute Sovereign Neutral *in intinere* upon the Land within the constitutional Public survey boundaries of The State Missouri, a Republic, of a constitutional Township, within the body of a constitutional county, the proper jurisdictions of the Common Law thereto, do solemnly make this Declaration of Status and Identity, pursuant to my absolute freedom of religion, of an Ambassador on a Mission and Subject of the Kingdom of Heaven under its King, Christ; and an American Sovereign Principal in good Standing and Behavior, Public Minister, with "dominium" (absolute owner) and inhabitant of the organic united States ("a more perfect Union") by the Constitution for the united States of America (1791 to Date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is at the same time that I renounce and declare void, *ab initio*, any and all attempts (De Facto /Corporate), by means of fictions or otherwise, of any changes in my lawful Status to that of a Corporate Statutory/Military/Maritime/Admiralty/Fictitious "U.S."; "person", "whoever", "consumer", "individual", "citizen", "citizen-subject" "plaintiff/defendant", "resident", "taxpayer", "driver", "gun/firearm owner", "debtor", et al, subject to the seizure of Alien Properties under the hypothecated, Corporate/Legislative/Military/Maritime/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, STATE OF MISSOURI, COUNTY OF CHRISTIAN, CITY OF REPUBLIC 65738; DAVID JOSEPH JACKSON, David Joseph Jackson, David J. Jackson, David Jackson, Dave Jackson, D.J. Jackson, DJJ, DR. DAVID J. JACKSON, Dr. David Jackson, etc. This doctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", does and will serve Notice, (judicial, presidential, or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absolute properties ("Life, Liberty, and Pursuit of Happiness"), until such time as the present De Facto/Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Serial) Number (Apostille No.), as having been recognized, received, recorded, and issued by the De facto/Corporate government. As this Number is the International registration, National authentication, and State certification of a Public Document of the united States of America, my Nation, as well as identification of all guaranteed, absolute properties, whether Private or Public; have been, are, will be in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, absolute Private and Public properties by any of the De Facto/Corporate officers, etc. will result in damages of Ten Million Dollars of united States (nation-state) specie Money (united States Dollars silver/"Blocked"), that being enumerated in Article I, Section 10, Clause 1 as "gold and silver Coin" in the Constitution for the united States of America (1791 to Date), to be multiplied by not only the damaging party(s), but all those in concert and causes of action.

This Declaration is made absolute by the attached Apostille (The State Missouri) copy, and, pursuant to 15 Stat. ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescence), Law of the Record (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S. 163; The Bible is law to be applied nationally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Registered) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at anytime applied and/or attached to Me, pursuant to Congressional demand within 15 Stat. ch. 249. I can redefine, reverse, alter, amend, change this Action of State, at any time or place I should desire, effecting my birthright treaties, chattels, loans, mortgages, relationships, taxes, government regulations, private rights held back from government(s), externalities, declaration of restrictions, presentments, economic liberties, research and development of rights, not limiting any other restrictions.

Dates: Spiritual; "In the Beginning" plus Six Days.;     Announcement of live birth: 11 May 1948

By: _____ ™ ® © (common-law);
                                                                                                   Seal

Me; American Inhabitant/Inhabitant of Missouri; Christian in Full Life on a Mission;
Private, Sentient, Civilian Absolute Sovereign Neutral;
United States of America: The State Missouri, a republic. "Within" a constitutional county and a constitutional township republics; "
... at the mouths of two witnesses, or at the mouths of three witnesses, shall the matter be established." Deuteronomy 19:15

By: _____ Seal     By: _____ Seal
Divine, Sentient, and Common Law Witness     Divine, Sentient, and Common Law Witness

---

Form: *publici juris*/Affidavit
Session: one supreme Court

## Act of State
## Primary Signature Certification
### (Convention de La Haye du 5 October 1961)
### TIAS 10072. 33 UST 883. 527 UNTS 189. (Convention # 12)

I do hereby certify the document attached to be a true, correct, complete and not misleading Original of the Declaration of Standing and Identity, containing the primary signature as sealed below. This is for the purpose of signature certification only, for foreign use (i.e. united states of America) of the U.S. document. This is in accordance to the Hague Conference on Private International Law dated 5 October 1961, at Convention Abolishing the Requirement of Legalization for Foreign Public Documents. It was on 15 October 1981 in the United States declared as being a signatory to this Convention, and this procedure is required for the legislation of administrative/judicial documents as herein enclosed.

By: _____
                                                   Sentient/Citizen

The State of Missouri ]
The County of Jackson ]    Subscribed and sworn to me this 25th day of April in the year 2005.

_____
Notary

Apostille Number: _____     Seal/Stamp
Declaration of Standing and Identity

**JANET S. HENRY**
Notary Public - Notary Seal
Comm. Number 04567534
STATE OF MISSOURI
Jackson County
My Commission Expires: Sep. 20, 2008